JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

July 31, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| C. MAYS, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC. and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 2:17-cv-3724 SJO (ARGx)<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii)<br><br>Judge:    Hon. S. James Otero<br>Location: Courtroom 10C<br><br>Action Removed: May 17, 2017 |

## **ORDER**

Before the Court is the parties' joint stipulation for dismissal of action with prejudice. Good cause appearing, the Court hereby grants the dismissal of action with prejudice. Each party to bear its own fees and costs, except as provided in the settlement agreement.

IT IS SO ORDERED.

7/31/17

Date: _____    _____
                                                       Hon. S. James Otero
                                                       United States District Judge